UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHANE QUENTINE CARROLL, et al. | ) |
| | ) |
| v. | ) Civil Action No. 3:13-0094 |
| | ) Judge Sharp/Knowles |
| LOWE'S HOME IMPROVEMENT, LLC, | ) |
| ET AL. | ) |

### O R D E R

The Initial Case Management Conference in this action previously set for April 1, 2013, at 10:30 a.m. is hereby rescheduled for **May 1, 2013, at 10:30 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge